UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

HUGH GILLIAM (#760359)

CIVIL ACTION

VERSUS

23-182-SDD-SDJ

UNKNOWN BORDELON, ET AL.

## RULING

The Court has carefully considered the *Motions*,[1] the record, the law applicable to this action, and the *Report and Recommendation*[2] of United States Scott D. Johnson dated October 26, 2023, to which no objection was filed.

The Court hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**,

**IT IS ORDERED** that the Court declines the exercise of supplemental jurisdiction over any of Plaintiff Hugh Gilliam's potential state law claims and Hugh Gilliam's claims brought in his original and amended complaints regarding lack of stationary supplies and his lost law book are DISMISSED WITH PREJUDICE pursuant to 28 U.S.C. §§ 1915(e) and 1915A for failure to state a claim upon which relief may be granted and as legally frivolous.

**IT IS FURTHER ORDERED** that the claims regarding lost property, excessive force, and deliberate indifference contained in the Second Supplement to § 1983 are DISMISSED WITHOUT PREJUDICE as improperly joined.

---

[1] Rec. Docs. 12, 13, 20, 21, 23, and 24.
[2] Rec. Doc. 26.

IT IS FURTHER ORDERED that the requests for preliminary injunctive relief[3] are DENIED.

IT IS FURTHER ORDERED that the Motion for Leave to File Supplemental Complaint,[4] Motion for Leave to Add Plaintiffs and Add Defendants,[5] Motion to Correct Supplemental Complaint and File New Exhibits,[6] and Motion for Request to Add to Complaint[7] filed by Plaintiff Hugh Gilliam are DENIED.

IT IS FURTHER ORDERED the Motion to Add New Production of Documents[8] filed by Plaintiff Hugh Gilliam are DENIED AS MOOT.

Signed in Baton Rouge, Louisiana, on this _29_ day of November, 2023.

_Shelly D Dick_
**CHIEF JUDGE SHELLY D. DICK**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

---

[3] Rec. Docs. 1 and 22.
[4] Rec. Doc. 12.
[5] Rec. Doc. 13.
[6] Rec. Doc. 20.
[7] Rec. Doc. 21.
[8] Rec. Doc. 23.